UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL PAUL FLETCHER, JR., and
KELSEE ANNE DUPRAS,

                                                        **INDICTMENT**

      Defendants.
_____/

The Grand Jury charges:

**Attempted Possession with Intent to Distribute Methamphetamine**

Between on or about November 11, 2025, and on or about November 21, 2025, in Marquette County, in the Western District of Michigan, Northern Division, and elsewhere, Defendants,

**MICHAEL PAUL FLETCHER, JR., and
KELSEE ANNE DUPRAS,**

knowingly and intentionally attempted to possess with intent to distribute, and aided and abetted the attempted possession with intent to distribute, methamphetamine, a Schedule II controlled substance.

Regarding MICHAEL PAUL FLETCHER, JR., the Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

Before MICHAEL PAUL FLETCHER, JR., committed the offense charged in this count, he was convicted of felony—controlled substance delivery or manufacture

(methamphetamine) in violation of MCL § 333.7401(2)(b)(i), on or about October 4, 2019, in the 25th Circuit Court for the State of Michigan (Marquette County), a serious drug felony, for which MICHAEL PAUL FLETCHER, JR., served more than 12 months in prison, and for which he was released from serving the term of imprisonment related to that offense within 15 years of the commencement of the offense charged in this indictment.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
THEODORE J. GREELEY
Assistant United States Attorney